**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-0440-WJM-KLM

ALEXIS RODRIGUEZ,

    Plaintiffs,

v.

METRO COLLECTION SERVICE, INC.,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed June 7, 2012 (ECF No. 27). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 8th day of June, 2012.

                                                BY THE COURT:

                                                William J. Martínez
                                                United States District Judge